IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERNEST RAY WHOLAVER, JR., *Plaintiff* | CIVIL ACTION |
| v. | |
| JOHN E. WETZEL, *et al.*, *Defendants* | 22-492 |

## ORDER

**AND NOW**, this 6th day of June, 2022, upon review of the Defendants' Motion to Dismiss (Doc. No. 4) and Plaintiff Ernest Ray Wholaver, Jr.'s Response (Doc. No. 5), it is hereby **ORDERED** that:

1. The Defendants' Motion to Dismiss (Doc. No. 4) is **GRANTED**; and

2. If Mr. Wholaver wishes to seek leave to amend his complaint, he must **FILE** a motion seeking leave to file an amended complaint within **60 days** of this Order; after 60 days, this case will be dismissed for failure to prosecute.[1]

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] "[T]o request leave to amend a complaint, the plaintiff must submit a draft amended complaint to the court so that it can determine whether amendment would be futile." *Fletcher-Harlee Corp. v. Pote Concrete Contractors, Inc.*, 482 F.3d 247, 252 (3d Cir. 2007).

1